WENDY L. MIELE (State Bar No. 165551)
wlm@severson.com
SEVERSON & WERSON, A Professional Corporation
The Atrium-19100 Von Karman Ave., Suite 700
Irvine, CA  92612-6578
Telephone:  (949) 442-7110
Facsimile:   (949) 442-7118

MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
SEVERSON & WERSON, A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111-3715
Telephone:  (415) 398-3344
Facsimile:   (415) 956-0439

Attorneys for Defendants
AMERICA'S WHOLESALE LENDER; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for the Harborview Mortgage Loan Trust 2006-5; and BANK OF AMERICA, N.A., successor by merger to BAC Home Loans Servicing, LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATTILIO ARMENI, individual,<br><br>           Plaintiff,<br><br>     vs.<br><br>AMERICA'S WHOLESALE LENDER; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HARBORVIEW MORTGAGE LOAN TRUST 2006-5; AND BANK OF AMERICA , AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP; Does 1 – 10, inclusive,<br><br>           Defendants. | Case No.:  8:11-CV-01317 DOC (SHx)<br>Hon. David O. Carter<br>Ctrm. 9-D<br><br>**DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(a)(1)**<br><br><br>Complaint Filed:  August 31, 2011<br>Third Amended Complaint Filed:<br>                              February 15, 2012 |

Pursuant to Federal Rules of Civil Procedure, Rule 26, Defendants, AMERICA'S WHOLESALE LENDER, DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for the Harborview Mortgage Loan Trust 2006-5 ("Deutsche Bank"), and BANK OF AMERICA, N.A., successor by merger to BAC Home Loans Servicing, LP, provide the following initial disclosures:

### A.   INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

Deutsche Bank identifies the following individuals likely to have discoverable information that it may use to support its claims or defenses and the subjects of the information:

1.  Custodian of records of Bank of America, N.A., the servicer of Plaintiff's loan on behalf of Deutsche Bank, has knowledge regarding Plaintiff's payment history, collection activity and monthly charges in connection with Plaintiff's loan and can be contacted through Severson & Werson.

2.  Custodian of records of Deutsche Bank has knowledge regarding the assignment of the interest in Plaintiff's loan and can be contacted through Severson & Werson.

### B.   DOCUMENTS SUPPORTING DEUTSCHE BANK'S CLAIMS AND DEFENSES

Defendants are in the process of locating pertinent documents which it will use to support its claims and defenses and will make a production of those documents.

### C.   COMPUTATION OF EACH CATEGORY OF DAMAGES

Defendants make no claim for damages in this action.

/ / /

/ / /

/ / /

/ / /

**D.   INSURANCE**

Defendants are unaware of any insurance policy that could satisfy any judgment that could be entered in this action.

DATED: March 20, 2012

SEVERSON & WERSON
A Professional Corporation

By: *Wendy L.R. Miele*
      Wendy L.R. Miele

Attorneys for Defendants
AMERICA'S WHOLESALE LENDER;
DEUTSCHE BANK NATIONAL TRUST
COMPANY, as Trustee for the Harborview
Mortgage Loan Trust 2006-5; and BANK
OF AMERICA, N.A., successor by merger
to BAC Home Loans Servicing, LP